JOHNSTON v. COMPAGNE NAVIGAZIONE SOTA Y AZNAR (TIDEWATER COAL EXCHANGE, Inc., Garnishee).

(Circuit Court of Appeals, Fourth Circuit. March 31, 1923.)

No. 2031.

Admiralty ⌖118—Findings of fact of District Judge not reviewed, if supported by evidence.

Findings of fact of the District Judge, having abundant support in the evidence, are not subject to review.

Appeal from the District Court of the United States for the District of Maryland, at Baltimore; John C. Rose, Judge.

Libel in admiralty by the Compagne Navigazione Sota y Aznar against the Diamond Fuel Company, Inc., with the Tidewater Coal Exchange, Inc., as garnishee, to recover damages for failure to load the ship under the terms of the charter party. From decree for libelant (273 Fed. 299), John B. Johnston, receiver for the Fuel Company, appeals. Affirmed.

W. Ainesworth Parker and R. E. Lee Marshall, both of Baltimore, Md. (Brown, Marshall, Brune & Parker, of Baltimore, Md., on the brief), for appellant.

Charles R. Hickox, of New York City (Stuart S. Janney, of Baltimore, Md., and Earl Appleman, of New York City, on the brief), for appellees.

Before WOODS and WADDILL, Circuit Judges, and WEBB, District Judge.

PER CURIAM. The decree in the District Court was in favor of the owner of the steamship Unbe Mendi against the charterer for demurrage and damages for failure to perform its charter contract of June 14, 1920, to load the vessel with export coal to be carried at the price of $19 a ton. The findings of fact of the District Judge, having abundant support in the evidence, are not subject to review.

Careful consideration of the conclusions of law applicable to the facts convinces us that the decree of the District Court is correct. We think nothing of value can be added to the reasoning of the opinions found in Compagne Navigazione Sota y Agnar v. Diamond Fuel Co. (D. C.) 273 Fed. 299, and Hellenic Transport S. S. Co. v. Archibald McNeil & Sons Co. (D. C.) 273 Fed. 290.

Affirmed.

⌖For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes